IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Magistrate No. 06 - 150 |
| Plaintiff, | ) |
| | ) Magistrate Lisa Pupo Lenihan |
| v. | ) |
| | ) |
| WARREN GREEN, | ) |
| | ) |
| Defendant. | ) |

<u>O R D E R</u>

**AND NOW**, this 21st day of April, 2006,

**IT IS HEREBY ORDERED** that the government's motion for detention is granted pending further consideration if and when the issue of bail becomes relevant.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc: All counsel of record.

FILED

APR 2 1 2006

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA